FILED by \_\_JA\_\_ D.C.

Feb 25, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**21-60066-CR-DIMITROULEAS/SNOW**

CASE NO. _____

18 U.S.C. § 2261A(2)(B)
18 U.S.C. § 875(c)
18 U.S.C. § 982

UNITED STATES OF AMERICA

vs.

MARIO FRANCISCO PEREZ,

　　**Defendant.**
_____/

## INDICTMENT

The Grand Jury charges that:

**COUNT 1**
**Cyber Harassment**
**(18 U.S.C. § 2261A(2)(B))**

Beginning at least as early as April 2020, the exact date being unknown to the Grand Jury, and continuing through on or about October 7, 2020, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**MARIO FRANCISCO PEREZ,**

did, with the intent to harass and intimidate, use an interactive computer service and electronic communication service and any other facility of interstate and foreign commerce to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Victim 1, all in violation of Title 18, United States Code, Section 2261A(2)(B).

## COUNT 2
### Threatening Communications
### (18 U.S.C. § 875(c))

On or about June 25, 2020, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**MARIO FRANCISCO PEREZ,**

did knowingly and intentionally transmit in interstate commerce a communication containing a threat to injure the person of another, with the intent to communicate a threat and with the knowledge that the communication would be viewed as a threat, that is, a communication to Victim 1 in which the defendant stated, "we will find you and we will hurt you," in violation of Title 18, United States Code, Section 875(c).

## COUNT 3
### Threatening Communications
### (18 U.S.C. § 875(c))

On or about July 23, 2020, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**MARIO FRANCISCO PEREZ,**

did knowingly and intentionally transmit in interstate commerce a communication containing a threat to injure the person of another, with the intent to communicate a threat and with the knowledge that the communication would be viewed as a threat, that is, a communication to Victim 1 in which the defendant stated, "theres people in LA waiting to hunt you down," in violation of Title 18, United States Code, Section 875(c).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for alleging criminal forfeiture to the United States of America of certain property in which the defendant, **MARIO FRANCISCO PEREZ**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 875(c), as alleged in this Indictment, the defendant, **MARIO FRANCISCO PEREZ**, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C), all property, real or personal, which constitutes or is derived from proceeds traceable to such offense.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), as made applicable by Title 28, United States Code, Section 2461(c), and the procedures set forth in Title 21, United States Code, Section 853.

_____
FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
HILLARY T. IRVIN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA              CASE NO._____

v.

MARIO FRANCISCO PEREZ,                 **CERTIFICATE OF TRIAL ATTORNEY***

_____              **Superseding Case Information:**
         Defendant.        /

**Court Division:** (Select One)           New defendant(s)        Yes ____   No ____
___ Miami    ___ Key West              Number of new defendants   ____
 ✓  FTL     ___ WPB    ___ FTP         Total number of counts     ____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   No___
   List language and/or dialect   _____

4. This case will take __6__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                         (Check only one)

   I     0 to 5 days      ____              Petty    ____
   II    6 to 10 days      ✓                Minor    ____
   III   11 to 20 days    ____              Misdem.  ____
   IV    21 to 60 days    ____              Felony    ✓
   V     61 days and over ____

6. Has this case previously been filed in this District Court?   (Yes or No)   No___
   If yes: Judge _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   Yes___
   If yes: Magistrate Case No.   20-MJ-6491-HUNT
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of   October 7, 2020
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)   No___

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ____   No  ✓

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ____   No  ✓

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   Yes ____   No  ✓

                                       _____
                                       HILLARY IRVIN
                                       ASSISTANT UNITED STATES ATTORNEY
                                       Court ID No. A5502595

*Penalty Sheet(s) attached                                    REV 6/5/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: __MARIO FRANCISCO PEREZ_____

Case No: _____

Count #: 1

Cyber Harassment

Title 18, United States Code, Section 2261A(2)(b)

*Max. Penalty: 5 years' imprisonment

Counts #: 2-3

Threatening Communications

Title 18, United States Code, Section 875(c)

*Max. Penalty: 5 years' imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.