UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-6066-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARIO FRANCISCO PEREZ,

    Defendant,
_____/

### MARIO PEREZ' MEMORANDUM IN AID OF SENTENCING

Defendant, Mario Francisco Perez, herein after referred to as "Mario" by and through his undersigned counsel, Jason W. Kreiss, Esq., and pursuant to U.S.S.G. § 6A1.2-3, p.s., Fed. R. Crim. P. 32 (d), (e)(2) and (f), and the Fifth Amendment to the United States Constitution, respectfully registers his Memorandum in Aid of Sentencing and states the following:

### INTRODUCTION

Mario Perez will stand before this Honorable Court on August 11, 2021, contrite, scared, and fully accepting responsibility for his actions. Mario who is 21 years old, with absolutely no criminal history, will have been incarcerated for 296 days on the day of sentencing for sending threatening messages via social media in violation of Title 18 U.S.C. § 875. Mario is respectfully requesting that the Court impose a sentence of time

1

served, which is 9 days shy of 10 months, the low-end of the guidelines. The government agreed to recommend the low-end of the guidelines at the change of plea hearing.

### SENTENCING FACTORS PURSUANT TO TITLE 18 U.S.C. § 3553(a)

Under Title 18 U.S.C. § 3353(a)(1), a defendant's personal characteristics should be considered equally with the "nature and circumstances of the offense." However, the Guidelines give no weight to an individual's personal history and characteristics unless one has criminal history. *See Rita v. United States*, 551 U.S. 338, 364-65 (2007) (stating "[t]he [Sentencing] Commission has not developed any standards or recommendations that affect sentencing ranges for many individual characteristics."). Accordingly, because this factor has not been included in Mario's guideline calculation, he respectfully requests that the Court fairly and completely consider his personal / family history and characteristics as grounds for the imposition of a sentence of time-served which will equate to a very slight variance.

### HISTORY AND CHARACTERISTICS OF THE DEFENDANT
**Mario's Personal and Family History:**

Mario Perez was born June 19, 1999. He is the youngest and only son to Olga Amaya and Francisco Perez, both naturalized United States Citizens born in El Salvador. Beginning with youth church summer retreats to attending services on Sundays, faith in God has always been a part of Mario's life. At the age of three, his parents purchased their first home and relocated just outside Houston. Mario attended

2

school in New Caney ISD from elementary through high school. He was always responsible, kind, treated everyone with respect, and maintained honor roll status. He graduated from Porter High School in May 2017. While in high school, his teachers routinely recognized his academic abilities, respectful behavior, and creative personality.

**The Challenges**

In August of 2017, just two months after Mario's high school graduation, Hurricane Harvey slammed into Houston and the surrounding areas. This natural disaster changed the dynamic and stability of Mario's life forever. Harvey's aftermath devastated Houston; and for Mario and his parents it was extremely debilitating. They lost everything valuable and sentimental in the flood. This disaster not only changed how the family lived but it rattled Mario's fragility as a teenager who was struggling with his sexuality and afraid to confide in his family.

During the transition and rebuild of their property, Mario was instrumental in helping his family bring life back to normal. At the same time, he enrolled as a freshman at Lone Star Community College, where he maintained a stellar GPA up until the time of his arrest. **(Exhibit A: Transcript from Lone Star College).** In May 2019, another disaster struck. Only a couple of months after their home was repaired and life was starting to return to normal, 10 inches of rain flooded southeast Montgomery County in less than 24 hours, flooding the Perez home resulting in a total loss. Mario and his family lost their home and all their possessions.

It was at this time that Mario's immediate family began to notice that he had become more distant and withdrawn. He spent more and more time online and was not "present". It was an extremely difficult time, not only for Mario, but also for his parents who fell into a depression. For Mario, being forced out of the place he always considered "my safe place/my home" was particularly hard to endure. During a month or so after the flood, Mario and his family moved around from one family member to another, until they finally settled down at the end of June 2019.

Due to the emotional changes that his older sister Sasha observed, she approached him about his distant behavior and concerns regarding Mario's apparent struggle with his sexuality. During this conversation, Mario for the very first time revealed he was gay. Although Mario grew up in a close family and around people who always loved and supported him, he still felt confusion, shame, and hesitation to share this part of his life. Mario asked his sister not to share this secret about his life with anyone. In hindsight, his family feels that they might have been able to intervene earlier had they really understood his mental and emotional state of mind.

**Self-Reform**

Today, Mario not only understands the significance of his poor choices, but he also sees his personal issues from a completely different perspective. **(Exhibit B: Letter from Mario Perez).**[1] He is very reflective of not only how serious his conduct

---

[1] Due to the expedited sentencing date undersigned counsel is submitted character letters that were originally submitted to the government in a request for pretrial diversion.

was, but how much impact his actions had on the victim, her family, and her friends. As he states in his letter to the government, "*my intentions were never to hurt anyone physically, however I also never thought about the damage I could have caused mentally to the victim when I was saying all these awful things online.... I've spent every day and still continue to have feelings of sympathy and regret when I think about all the terrible things I've said and how it probably affected the victim.*" Id.

**Incarceration (296 Days)**

Mario has endured significant hardship during his pretrial incarceration. Not only was he been abruptly torn away from his family at such a vulnerable time in his life, but he has also missed the ability to mourn family deaths and celebrate milestones. He was administratively removed from school mid-semester, he lost any and all self confidence that he spent years building, and perhaps worst of all, he had to adjust to incarceration as a vulnerable inexperienced young man.

Mario was arrested on October 17, 2020 in Houston, Texas and was placed in a solitary cell in quarantine for 29 days until he was transferred to Oklahoma on November 5, 2020. His grandmother, with whom he was incredibly close, passed away on October 21, 2020.  Ten days after his arrival in Oklahoma, sitting in a pod of 30 – 50 men, he developed Covid-19 symptoms (extreme headaches, sore throat, chills and cough). On November 23, 2020, he tested Positive for Covid for the first time and his transfer to the SDFL was cancelled.  He received no medical attention and was placed in quarantine. On December 28, 2020, Mario's uncle died.  Mario was absolutely

5

heartbroken about the two deaths of such close family members and was devasted not being able to properly grieve and support his family during a such difficult time. While incarcerated, Mario has been constantly harassed, his phone privileges taken by another inmate, physically groped and on a few occasions almost sexually assaulted. In January, Mario contracted Covid-19 for a second time, and again didn't receive adequate medical care.

**Future Risk of Reoffending**:

While Mario was in custody in Broward County, Dr. Michael Brannon performed a forensic evaluation and found, *"Based upon the information available at the time of this assessment, it is the opinion of this examiner that the examinee falls in the Low Risk range for engaging in future violence; the Low Risk range for engaging in serious physical harm; and the Low Risk range for engaging in imminent violence. The examinee did not display any risk factors associated with violence on the HCR-20(V3) and he was noted to have numerous risk reduction (protective) factors on the IRONS. An analysis of factors associated with targeted (specific) violence revealed that the examinee was in the Low Risk range for engaging in targeted violence against the victim in the current legal case.* See Dr. Brannon's report filed under seal.

**Impact on Family**

Prior to Mario's arrest, his family endured immense hardship. They are hardworking, dedicated American immigrant citizens that sought to provide the best opportunities for their children. As described above, they have gone through life altering struggles, particularly in last five years. Mario being torn away from them and incarcerated has been nothing short of heartbreaking. Mario is the shining light of the family, and they talk to him multiple times a day. Mario has an incredible network at home that will help successfully re-integrate him back into society. The family has also taken steps and time to apologize to the victim on behalf of Mario and have been sincere in this process from the very beginning. They are well intentioned with everything they do, and they pray daily for Mario and his safety. They gravely miss him and hope to be able to bring him home.

Friends and family have been extremely supportive of Mario during this trying time. Many have chosen to write on Mario's behalf expressing that Mario is honest, credible, non-violent, kind, has a good reputation in the community, and that the instant conduct is completely out of character. **(Exhibit C: Character Letters).**

THIS SPACE INTENTIONALLY LEFT BLANK

## CONCLUSION

Mario has paid the ultimate price for his conduct, incarceration that has been grueling and immensely disturbing for a young man barely out of his teens. Everything from his initial arrest to his lengthy transport in custody to Florida, has been a challenging, mind-altering experience, and all during the COVID-19 pandemic. Mario has absolutely learned his lesson without the need for additional incarceration.

A sentence of time served will not only serve as a specific deterrent in this case, but it will also act a general deterrent to others that have followed this case through the various traditional and social media outlets.

Respectfully submitted:

/s/ *Jason W. Kreiss, Esq.*
Jason W. Kreiss, Esq.
FBN: 87912
Attorney for defendant Mario Francisco Perez

The Kreiss Law Firm
1824 SE 4th Ave
Fort Lauderdale, FL 33316
Tel. 954-525-1971
Fax  954-525-1971
jwk@kreisslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of August 2021, I electronically filed the foregoing pleading with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day upon all counsel of record via the CM/ECF electronic filing system.

/s/ *Jason W. Kreiss, Esq*.
Jason W. Kreiss, Esq.