# EXHIBIT A

TRANSLUCENT GLOBES MUST BE VISIBLE FROM BOTH SIDES WHEN HELD TOWARD A LIGHT SOURCE

 **LONE STAR COLLEGE**

Page 1 of 2

**Name:** Mario Perez  **Student ID:** 7397781  **SSN:** \*\*\*-\*\*-0397  **DOB:** 06/19/\*\*\*\*

Print Date: 06/17/2021

### Texas Success Initiative - TSI
| | | | |
|---|---|---|---|
| Math | Completed | TSI Assessment Test | 07/26/2016 |
| Reading | Completed | TSI Assessment Test | 06/15/2017 |
| Writing | Completed | TSI Assessment Test | 07/26/2016 |
| Non-Alg | Completed | TSI Assessment Test | 07/26/2016 |

### Test Scores
| | | | |
|---|---|---|---|
| TSIAUTO1 | Writing-ESSAY | 07/26/2016 | 5 |
| TSIAUTO1 | Math | 07/26/2016 | 366 |
| TSIAUTO1 | Reading | 06/15/2017 | 353 |
| TSIAUTO1 | Writing | 07/26/2016 | 351 |

TEC 51.907 Undergraduate Course Drop Counter - 1

### Institutions Attended
Porter High School

### Beginning of Credit Record

#### 2017 Fall
| Loc | Course | Description | Att | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| K | EDUC 1300 | Learning Framework: 1st Yr Exp | 3.00 | 3.00 | A | 12.00 |
| K | ENGL 1301 | Comp & Rhetoric I  10 Communications - C1 | 3.00 | 3.00 | B | 9.00 |
| K | MATH 1314 | College Algebra  20 Mathematics - C1 | 3.00 | 3.00 | B | 9.00 |
| K | SOCI 1301 | Prin of Sociology  80 Social/Behave Sci - C1 | 3.00 | 3.00 | B | 9.00 |

| | Att | Earned | Points | GPA |
|---|---|---|---|---|
| Term Totals | 12.00 | 12.00 | 39.00 | 3.25 |
| Cum Totals | 12.00 | 12.00 | 39.00 | 3.25 |

#### 2018 Spring
| Loc | Course | Description | Att | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| K | BIOL 2401 | Human Anat & Phys I  30 Life & Physical Sciences - C1 | 4.00 | 4.00 | C | 8.00 |
| K | CHEM 1405 | Intro Chemistry  30 Life & Physical Sciences - C1 | 4.00 | 4.00 | A | 16.00 |
| K | PSYC 2301 | General Psychology  80 Social/Behave Sci - C1 | 3.00 | 3.00 | B | 9.00 |

| | Att | Earned | Points | GPA |
|---|---|---|---|---|
| Term Totals | 11.00 | 11.00 | 33.00 | 3.00 |
| Cum Totals | 23.00 | 23.00 | 72.00 | 3.13 |

#### 2018 Fall
| Loc | Course | Description | Att | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| M | BIOL 2402 | Human Anat & Phys II  30 Life & Physical Sciences - C1 | 4.00 | 0.00 | W | 0.00 |
| K | SPCH 1318 | Interpersonal Comm  11 Communications - C2 | 3.00 | 3.00 | A | 12.00 |

| | Att | Earned | Points | GPA |
|---|---|---|---|---|
| Term Totals | 7.00 | 3.00 | 12.00 | 4.00 |
| Cum Totals | 30.00 | 26.00 | 84.00 | 3.23 |

#### 2019 Spring
| Loc | Course | Description | Att | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| K | BCIS 1305 | Business Computer Apps | 3.00 | 3.00 | A | 12.00 |
| K | ECON 2301 | Macro-economics  80 Social/Behave Sci - C1 | 3.00 | 3.00 | B | 9.00 |
| K | GOVT 2305 | Federal Government  70 Political Science - C1 | 3.00 | 3.00 | C | 6.00 |

| | Att | Earned | Points | GPA |
|---|---|---|---|---|
| Term Totals | 9.00 | 9.00 | 27.00 | 3.00 |
| Cum Totals | 39.00 | 35.00 | 111.00 | 3.17 |

#### 2019 Fall
| Loc | Course | Description | Att | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| K | ACCT 2301 | Principles of Financial Accoun | 3.00 | 3.00 | B | 9.00 |
| K | ENGL 1302 | Comp & Rhetoric II  91 Component Area Option - C1 | 3.00 | 3.00 | B | 9.00 |
| K | HIST 1301 | US History to 1877  60 History - C1 | 3.00 | 3.00 | C | 6.00 |

| | Att | Earned | Points | GPA |
|---|---|---|---|---|
| Term Totals | 9.00 | 9.00 | 24.00 | 2.67 |
| Cum Totals | 48.00 | 44.00 | 135.00 | 3.07 |

#### 2020 Spring
| Loc | Course | Description | Att | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| N | ARTS 1301 | Art Appreciation  50 Creative Arts - C1 | 3.00 | 3.00 | A | 12.00 |
| N | ECON 2302 | Micro-economics  80 Social/Behave Sci - C1 | 3.00 | 3.00 | A | 12.00 |
| K | PHIL 1301 | Intro To Phil  40 Lang, Phil & Cult - C1 | 3.00 | 3.00 | A | 12.00 |

| | Att | Earned | Points | GPA |
|---|---|---|---|---|
| Term Totals | 9.00 | 9.00 | 36.00 | 4.00 |
| Cum Totals | 57.00 | 53.00 | 171.00 | 3.23 |

#### 2020 Fall
| Loc | Course | Description | Att | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| U | ACCT 2302 | Principles of Managerial Acct. | 3.00 | 3.00 | D | 3.00 |
| K | GOVT 2306 | Texas Government  70 Political Science - C1 | 3.00 | 0.00 | F | 0.00 |
| K | HIST 1302 | US History Since 1877  60 History - C1 | 3.00 | 0.00 | F | 0.00 |

| | Att | Earned | Points | GPA |
|---|---|---|---|---|
| Term Totals | 9.00 | 3.00 | 3.00 | 0.33 |
| Cum Totals | 66.00 | 56.00 | 174.00 | 2.81 |

Connie Ga___ck, Registrar

This officially sealed and signed transcript is printed on security paper with the name of the college printed in white type across the face of the document. A raised seal is not required. When photocopied words LONE STAR COLLEGE and COPY will appear. A BLACK ON WHITE OR A COLOR COPY SHOULD NOT BE ACCEPTED!

AN OFFICIAL SIGNATURE IS WHITE WITH A BLUE BACKGROUND  REJECT DOCUMENT IF SIGNATURE ABOVE IS DISTORTED

LONE STAR COLLEGE

Page 2 of 2

Name: Mario Perez       Student ID: 7397781       SSN: ***-**-0397       DOB: 06/19/****

Credit Career
Totals
Cum GPA:    2.81    Cum Totals        66.00  56.00  174.00  2.81

**End of Credit Career**

Recipient SASHA GONZALEZ
Address:

Connie Garrick, Registrar

This officially sealed and signed transcript is printed on security paper with the name of the college printed in white type across the face of the document. A raised seal is not required. When photocopied words LONE STAR COLLEGE and COPY will appear. A BLACK ON WHITE OR A COLOR COPY SHOULD NOT BE ACCEPTED!

# EXHIBIT B

Hillary Irvin
Assistant United States Attorney
Southern District of Florida, Ft. Lauderdale Division
U.S. Attorney's Office
500 E. Broward Blvd.
Ft. Lauderdale, Fl. 33394

Dear Ms. Irvin,

I want to start off by saying that I am deeply sorry for my actions that led me to say such terrible things to the victim. I take full responsibility for everything that was said to the victim. My intentions were never to hurt anyone physically, however I also never thought about the damage I could have caused mentally to the victim when I was saying all these awful things online. I completely understand that this had been occurring for a long period of time, however it never crossed my mind that everything I said could affect the victim and hurt them mentally and emotionally. The main purpose for all this was to get the victim to end their relationship with their significant other, but I never thought about how my actions were really hurting this person.

I regret everything that I have said and posted online about this person because I don't believe anyone deserves to be treated like this or should have to experience anything like this. I myself experienced harassment online, it was horrible and left many emotional scars. These past eight months which I have spent in custody has truly opened my eyes about everything and given me the knowledge needed to think about my actions. I completely understand that everything I said was awful and completely unacceptable, and I wish it would have never happened. All of this has also affected me mentally and emotionally. I've spent every day, and still continue to have feeling of sympathy and regret when I think about all the terrible things I've said and how it probably affected the victim. I cannot imagine everything that this person must have felt when I said all these things, and it hurts when I think about it because this person truly did not deserve any of this happening to them. I now have learned to think about my actions and accept that what I did was completely wrong. My mindset has definitely changed within these past few months as I've had time to reflect on myself and get rid of any bad thoughts that have ever crossed my mind and change them to positive thoughts. This huge life lesson has definitely changed the way I think about everything and I will make sure something like this never happens again.

I have also grown immensely to understand who I am as a person, a son, a brother, a friend and a productive member of society. I pray for my future to be bright and successful, and I only hope that my actions have not derailed my entire life. I vouch to never find myself in this situation again. I have learned my lesson and beyond.

Please find it in your power to give me another chance at life and an opportunity to salvage my future. I fear that a conviction for this type of crime, a felony, will derail many job opportunities and may cause a long lifetime of me not becoming someone others can look up to. I ask that you consider a pretrial diversion and will comply with any conditions you believe are appropriate to continue to prove myself.

Respectfully,

*/s/Mario Perez*
*6/20/2021*

# EXHIBIT C

Hillary Irvin
Assistant United States Attorney
Office for the Southern District of Florida

Dear Ms. Irvin:

My name is Xiomara Lopez, a former employee of the Spring Independent School District and Mario Fransisco Perez godmother. It is a genuine honor to write this letter in favor of my godson. I have known and have been close to him, his parents and the family all my life, therefore I believe I am in position to speak about Mario's moral character and I sincerely request that you take this letter under account during the court's decision about this case.

Throughout the course of time I have watched Mario grow and have formed a very positive opinion of him. He is a wonderful person at heart who is known for his kind gestures and helpful nature. A fine person and lovable son, brother and uncle who comes from a humble family, Christian beliefs, good upbringing, morals and whom I love very much. One of the things I have also witnessed and admired is how he became an excellent support to his parents, always respectful of their needs. As you may understand I was in complete shock and saddened to hear that Mario has been charged with Cyber Harassment and Threatening Communications and though I was unaware of his personal struggle I believe that with proper guidance and counseling he can be helped in correcting his mistakes in a constructive way and I ask for an opportunity for him to be considered for a Pretrial Diversion.

Since the accusations the entire family and friends are broken and terribly affected. His parents are depressed and distraught therefore I am praying for a positive outcome in the court's decision about this case. If there is anybody who deserves a second chance it would be Mario Fransico Perez and I am hopeful that when it is possible he receives immediate counseling as there is no doubt this will guide him in the right path and help him gain self worth and his name in the community with a positive attitude.

I would like to finish by saying I will stand by my godson and he will always have my love and support. There was no hesitation whatsoever in writing this letter and I thank you for your time and opportunity in allowing me to speak about Mario Fransico Perez's judgment of character.

Sincerely,

Xiomara Lopez
*Xiomara Lopez*
713 480 9639
xiomaralopez47@gmail.com

6/14/2021

Hillary Irvin
Assistant United States Attorney
Office for the Southern District of Florida

RE: Mario Perez

Dear Ms. Irvin,

My name is Marilyn Mendez Perez. I am a Medical Receptionist, I have worked at The Foot & Ankle Centers of Houston for 19 years. I am writing you today on behalf of my cousin Mario Perez. I am 24 years older then Mario so of course by nature due to our age difference I am more like a aunt. I have known Mario his entire life. I was present when Mario took his first steps as a baby and when he walked across the stage to receive his High School Diploma, because of this I can say I know Mario on a personal level.

Mario has always demonstrated nothing but the utmost respect to his Parents, Family members and Elders. I have never witnessed any other side of him. He has always showed compassion, patience, understanding and has always been polite.
He is a family oriented person and brought up as a Christian to believe and trust in God.

I am aware of Mario's charges and his on going case for Cyber Harassment and Threatening Communications. When I first learned about his charges I was in complete shock and disbelief. Only a person that knows Mario can understand how heartbreaking this has been not only to his family but to the people that know him. There is no doubt in my mind that Mario is resentful and is sorry about his mistakes.

It is my sincere hope that he is considered for a Pretrial Diversion, despite the current allegations I know Mario is good person that made a bad choice and deserves a second chance. I pray that he is given the opportunity to show everyone especially his Parents the greatness that he has been sent to be by God.

Thank You for your time and consideration of Mario's character. I pray for the best outcome of this case.

Sincerely,

*[signature]*

(832)774-6043
marilynperez75@gmail.com

Hillary Irvin
Assistant United States Attorney
Office for the Southern District of Florida

Dear Ms. Irvin:

My name is Luis E. Gonzalez and I have worked more than 42 years as an Engineering Project Manager for the Oil and Gas industry. Currently, I live in Kingwood, Texas.
I have known Mario Perez and his family for more than 12 years. I met Mario when he was only 9 years, and I was impressed of his talent and helpfulness with people for that young age.

Ha has always been a very family-oriented individual always ready to help and looking to please all his parents as well as his siblings.

I am aware that he has been charge with Cyber Harassment and Threatening Communications.

On the other hand, Mario has been involved in helping me and other people during Harvey disaster by doing a voluntary supervised cleaning and food distribution. Also, he has donated many bulks of clothes to homeless people.

Today, I would like to express to you that I do believe in his honesty, and I am in a sort of shock and surprise that he was involved in this crime.

His Christianity religion believes, and practice have been always known to me, in fact, I have been with him and his family in many Sunday's services at the Woodland church.

At this point, and for all the above I have described to you, I do humbly ask you for a Pre-trial Diversion and explain why he is deserving of a second chance that might change and impact his future life.

I would like to thank you for your time and consideration and, I do feel privileged to write something on behave of my friend Mario Perez and hope for the best outcome in the case.

Best Regards,

Luis E. Gonzalez
832-527-6033
Legy99us@gmail.com

Dear Ms. Irvin:

My name is Karla Kaspereit, I am semi-retired and presently work for the Kroger's grocery chain. I was employed as a school bus driver for over 28 years. I am fully aware of the charges against Mario Perez of Cyber Harassment and Threatening Communications. I want to say I drove Mario on the bus for several years and am shocked beyond words, he was my peace maker. In Texas children are assigned seats the main reason being in case of an accident you know where everyone is. Now even though they are assigned seats you know who you can move to defuse a problem...Mario was my mover I could put him anywhere and know there would be no more problems. That being said he was in kindergarten, and I could put him with a fifth grader, and they would get along. He had a contagious smile, And the sweetest personality. Mario was a student I never forgot one reason he knew I taught Sunday School on Sunday and he would always ask me on Monday morning what my lesson was, all my children were great, but this young man had a precious heart, there happened to be a rainbow that morning and I told him the story. When he got off the bus he handed me a beautiful little picture of a rainbow. I kept it and had fully intended to get it framed and take it to him when he graduated from high school. There were several students that stood out to me and touched my heart but goodness after 28 years you can't keep everything, I know I have the rainbow picture somewhere but I'm enclosing a few I could find quick. My husband got Alzheimer's and my whole life turned upside down. I watched him mature and grow to the most respectful young man, he did have one fault he didn't like to tell on anyone and get anyone in trouble I admire this in him, he seemed to have hope in everyone that they would change and be better. I come to you to beg not ask to give this young man consideration for a Pretrial Diversion. I know after years of working with children you cannot correct them all the same way, does a crime deserve to be punished yes. But I ask for mercy for this young man his character speaks for itself . I was so happy to learn he was in college and doing so well. Please if I can tell you anything else, let me help this young man go on with life, he has many beautiful gifts to offer. I am so proud to have played a small roll in the life of Mario Perez.

*Karla Kaspereit*

June 13 2021

HILLARY IRVIN
Assistant United States Attorney
Office for the Southern District of Florida



MARIO PEREZ

TO: The Best Bus Driver in the world. FROM: mario Perez

Thank you for being a such wonderful person to my family + I. You're the Greatest. Happy Holidays + god bless you and your family. 2006-2007

Hillary Irvin
Assistant United States Attorney
Office for the Southern District of Florida

Dear Ms. Irvin:

My name is Carlos A. Espinoza, I have been a criminal lawyer for more than 25 years in my country El Salvador, I also worked for 6 years as Assistant to the Attorney General of the Republic of El Salvador. I am currently residing in my country. I have known Mario Pérez and his family for more than 20 years, and I have always greatly admired the education and respect that Mario has for his fellow men, he has always been an exemplary son, brother and friend; submitted to the authority of their parents.

I am aware that he has been accused of cyberbullying and threatening communications, which has surprised me greatly, since I have always considered him an exemplary young man.

I would like to express that I have always had great trust towards Mario, since I have two daughters who are currently 24 and 23 years old, named Ana Espinoza and Karla Espinoza, with whom Mario has been related since childhood. , who during their annual vacations have always visited him in the city of Houston, staying at his house where he resides with his parents and staying there for two months or more; and I have to tell you without any doubt that I have always felt very safe and confident that he will accompany them everywhere during their vacations.

In the same way, Mario has been invited by my daughters to El Salvador, to spend his vacations, which he has done on several occasions and I have never hesitated to receive him at our home, because I know that he is a very respectful and educated young man, for what I have never felt distrust of him, much less have I felt that my daughters are in danger in his company.

It is the reason for the above that I humbly ask you to consider in favor of Mario, a deviation prior to the trial. Since as I have mentioned before, he is a respectful and considerate young man with his peers and I think he is worthy of a second chance. It would be very sad if a young man with his qualities were deprived of his freedom.

I very much appreciate your attention to this, it has been a privilege for me to address you, to express the knowledge I have about Mario, whom I dearly appreciate and for whom I pray to God every day to obtain the best result in his case and can regain his freedom to return to his family that misses him so much.

Sincerely,

Carlos A. Espinoza.
Phone number: +503 7729 1468
e-mail: espinoza_abogado@hotmail.com

Lic. CARLOS ARTURO ESPINOZA VILLALTA
ABOGADO

ATTN: Hillary Irvin
Assistant United States Attorney
Office for the Southern District of Florida

Dear Ms. Irvin,

My name is Sindy Valle Zamora, I am employed by True Oil as a Project Manager. I currently reside in Spring, TX.

I have known Mario for all 21 years of his life, he is my first cousin although I consider him as one of my nephews. We have a tight knit family and watching him become the young man he is today has made us immensely proud. Mario carries himself in such a polite and respectable manner. He goes out of his way to set a great example for his other cousins by teaching them to always do what's right. He was raised with good family values and taught the importance of being honest, trustworthy, respectful, and doing the right thing. He has never been the type of person to get into trouble on the contrary, he is very responsible and reserved, one to follow instructions and never hesitates to give a helping hand when someone is in need.

I was honestly shocked to have learned about Mario committing this crime and understand he is being charged with Cyber Harassment and Threatening Communications. This is something completely out of his character. However, knowing the kind of person Mario has been all his life, he will take a great lesson from this experience and will do even greater things onwards to compensate for this lapse in his character. I am pleading to give him an opportunity to be considered for a Pre-Trial Diversion, he is deserving of a second chance.

Thank you for your time and consideration of Mario Perez's character. Our entire family loves Mario very much and will continue to support him. I feel privileged to write something on his behalf and hope for the best outcome in his case.

Kind Regards,

*[signature]*

Sindy Valle Zamora
832-445-8789
zamorasindy@gmail.com

June 16, 2021

Hillary Irvin
Assistant United States Attorney
Office for the Southern District of Florida

Dear Ms. Irvin:

My name is Angel Guevara, and I work as Program Manager for one of the biggest tech companies in the US. I have known Mario and his family for about 7 years. Mario is the brother-in-law of Luis Gonzalez who is a very close friend of mine and which I've known for 20+ years. Mario was always present in all family gatherings, very respectful with a very good temper. He's very close to his family, specially to his mom and sister. He would always babysit his younger cousins, nieces, and nephew and take great care of them. Mario is a quiet and reserved person, yet very caring and loving at the same time. I consider Mario as a grounded and responsible young man; as he continued his education after High School graduation and attended college pursuing a degree.

I was extremely surprised when I heard about Mario being charged for Cyber Harassment and Threatening Communications. Certainly, that is not the character I know from Mario. He not only comes from a wonderful and loving family, but he has great integrity. Having said that, I want to take this opportunity to ask you and the grand jury to please consider Mario for a Pretrial Diversion. These allegations simply don't match Mario's honesty, ethics, and personality.

I really appreciate your time and consideration with Mario's case, and I trust things will turn out best-case scenario.

Sincerely,

Angel Guevara
512-202-6539

Hillary Irvin
Assistant United States Attorney
Office for the Southern District of Florida

Dear Ms. Irvin :

My name is Miguel Folgar, I am a former employee of the State of Texas and current full time student using my GI Bill from my time in military service. Mario Perez is my younger cousin and has been a part of my life since his birth. I am aware that Mario Perez has been charged with Cyber Harassment and Threatening Communication.

Like the rest of my family this came as a huge shock and surprise to me as the Mario Perez I have grown up with for the past 20 plus years is a man of honesty and kindness. He is a man that has always been present for his family and is a continuous positive support to those who love him.

The Mario Perez I know is a talented photographer who is also furthering his education by attending his local community college. He has deep faith in his religious beliefs and attends church on the weekends with his family. This is why I ask for consideration of Pretrial Diversion on his behalf to be given a second chance to redirect his life on a path of rebuilding and prosperity.

I will end this letter by saying that the world's pressures and influences can be heavy on a man's mind. I as a veteran of the United States Navy understand this all too well. I dealt with massive depression and anxiety after my service and felt as if I did not deserve to go to anyone for help until it threw me into a dark place and It finally boiled over causing life to force me to seek the help I needed.

To reiterate, my cousin Mario Perez is a good man, who loves his family and wants to just live his life and pursue his dreams like any other american. Sometimes we just need guidance, tools and help like therapy to direct our thoughts in the right direction to success in our personal and public lives. This is why I believe again he deserves a second chance by receiving Pretrial Diversion. Giving him an opportunity to prove himself is the only thing a man can ask for, It is the reason I served this beautiful country because I believe it is a place where regardless of one's past you are given the chance to better yourself and become a great contributor to your community.

Respectfully,

*[signature]*

Miguel Folgar
Phone #: 832-231-2744
Email: Folgar81@yahoo.com